IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| H.G. GALLERIA I, II, III, L.P., <br> SUCCESSOR IN INTEREST TO <br> H.G. SHOPPING CENTERS, L.P.; <br> SIMON MANAGEMENT <br> ASSOCIATES (TEXAS), LLC; and <br> SIMON PROPERTY GROUP, INC. <br><br> *Plaintiffs,* <br><br> V. <br><br> ACE AMERICAN INSURANCE COMPANY <br><br> *Defendant.* | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:12-cv-00873 |

## STIPULATION OF DISMISSAL

Plaintiffs H.G. GALLERIA I, II, III LP, SIMON MANAGEMENT ASSOCIATES (TEXAS), LLC and SIMON PROPERTY GROUP, INC. (collectively the "Plaintiffs") and, defendant ACE AMERICAN INSURANCE COMPANY ("ACE"), file this Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

1. Plaintiffs and ACE have reached a settlement as to Plaintiffs' claims in this action.

2. Plaintiffs move to dismiss their claims against ACE with prejudice.

3. Plaintiffs and ACE are all of the parties who have appeared in this action and have not already been dismissed.

4. This case is not a class action, and a receiver has not been appointed.

5. This action is not governed by any statute of the United States that requires an order of the Court for dismissal.

6.  None of the parties has previously dismissed an action based on or including the same claims as those presented in this suit.

7.  This dismissal is with prejudice.

8   Each party agrees to bear its own attorneys' fees and costs.

Respectfully submitted,

s/ Caldwell Fletcher

Caldwell Fletcher
Attorney in Charge
Texas State Bar No. 07141710,
Southern District of Texas Bar No: 9654
E-mail: cfletcher@bljc-law.com

BURCK, LAPIDUS, JACKSON & CHASE, P.C.
5177 Richmond Avenue, Suite 850
Houston, TX 77056
Phone:  713/400-6000
Fax:  713/622-8054

ATTORNEYS FOR H.G. GALLERIA I, II, III LP,
SIMON MANAGEMENT ASSOCIATES (TEXAS),
LLC and SIMON PROPERTY GROUP, INC.

/s/ Joseph A. Ziemianski

Joseph A. Ziemianski
Attorney in Charge
Texas State Bar No. 00797732
Southern District of Texas Bar No. 25915
E-mail: jziemianski@cozen.com

OF COUNSEL:

Nejat A. Ahmed
State Bar No. 24034304
Southern District of Texas Bar No.:38468
nahmed@cozen.com

COZEN O'CONNOR
1221 McKinney, Suite 2900
Houston, Texas 77010
Telephone:  (832) 214-3900
Telecopier:  (832) 214-3905

ATTORNEYS FOR DEFENDANT,
ACE AMERICAN INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I certify that a true copy of this document was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure via certified mail, return receipt requested or the Court's electronic filing system on January 31, 2013.

s/ Caldwell Fletcher
Caldwell Fletcher