IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| H.G. GALLERIA I, II, III, L.P., SUCCESSOR IN INTEREST TO H.G. SHOPPING CENTERS, L.P.; SIMON MANAGEMENT ASSOCIATES (TEXAS), LLC; and SIMON PROPERTY GROUP, INC. *Plaintiffs,* V. ACE AMERICAN INSURANCE COMPANY *Defendant.* | § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:12-cv-00873 |

## ORDER OF DISMISSAL

Plaintiffs H.G. GALLERIA I, II, III LP, SIMON MANAGEMENT ASSOCIATES (TEXAS), LLC and SIMON PROPERTY GROUP, INC. (collectively the "Plaintiffs") have moved to dismiss their claims against and defendant ACE AMERICAN INSURANCE COMPANY ("ACE") by filing a Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii) [Doc. # **13**]. It is, therefore,

**ORDERED** that all of Plaintiffs' claims against ACE are **DISMISSED WITH PREJUDICE**.

Each party shall bear its own costs.

SIGNED at Houston, Texas, this **1st** day of **February**, 2013.

_____
LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

3